UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| VAN KINSEY-BENT, | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| | ) | Case No. 3:24-CV-237 |
| v. | ) | |
| | ) | Judge Atchley |
| KATOM RESTAURANT SUPPLY, INC., | ) | |
| | ) | Magistrate Judge McCook |
| *Defendant*. | ) | |

## PLAINTIFF KINSEY-BENT'S PRETRIAL DISCLOSURES

Plaintiff, Van Kinsey-Bent, through undersigned counsel and pursuant to Court Order (Doc. 24, Case No. 3:24-cv-237), provides the following pretrial disclosures:

### I. Each Exhibit the Plaintiff Expects to Use at Trial

| | Description of Exhibit | Bates No./Reference |
|---|---|---|
| 1. | EEOC Charge of Discrimination (Kinsey-Bent) | KATOM000141 |
| 2. | KaTom's EEOC Position Statement (Kinsey-Bent) | 30(b)(6) Dep. Ex. 38 |
| 3. | KaTom Signed Associate Acknowledgements (Kinsey-Bent) | KATOM000001-000007 |
| 4. | Onboarding Paperwork (Investigation Report, Payroll, NDA, Non-Compete, Insurance, Form I-9, W-4, Direct Deposit) (Kinsey-Bent) | KATOM000009-000029<br>KATOM000034-000035 |
| 5. | Resume (Kinsey-Bent) | VKINSEYBENT00001-00002 |
| 6. | Form 1040 (Kinsey-Bent) | VKINSEYBENT00011-00014 |
| 7. | KaTom Employee Information Page (Kinsey-Bent) | 30(b)(6) Dep. Ex. 35 |
| 8. | Health Info Release (Kinsey-Bent) | Kinsey-Bent Dep. Ex. 20 and Ex. 21 |
| 9. | Group Insurance Benefits KaTom Documentation (Kinsey-Bent); 2019 W-4 | 30(b)(6) Dep. Ex. 12 |

|  | | |
|---|---|---|
|  | (Kinsey-Bent); 03.15.22 Paystub (Kinsey-Bent) |  |
| 10. | 06.10.22 Performance Review (Kinsey-Bent) | KATOM000030-000031 |
| 11. | Separation Notice (Kinsey-Bent) | KATOM000008 |
| 12. | Notice of Rule 30(b)(6) Depositions (Ward and Kinsey-Bent) | 30(b)(6) Dep. Ex. 1 |
| 13. | Job Description Posting for Product Content Specialist | KATOM000032-000033 |
| 14. | KaTom Associate Handbook | KATOM000170-205; *KATOM000020-KATOM000055*[1] |
| 15. | 01.15.20 Discrimination Complaint Against KaTom and Settlement Agreement | *KATOM003727-003734* (Ward) |
| 16. | Clute Separation Notice | 30(b)(6) Dep. Ex. 27 |
| 17. | Sheen Separation Notice | 30(b)(6) Dep. Ex. 28 |
| 18. | McQuilkin Separation Notice | 30(b)(6) Dep. Ex. 29 |
| 19. | Pate Separation Notice | 30(b)(6) Dep. Ex. 30 |
| 20. | O'Brien Separation Notice | 30(b)(6) Dep. Ex. 31 |
| 21. | 05.08.23 Offer Letter for Bigham | KATOM000416 |
| 22. | 01.23.23 Messages Between Ward and Kinsey-Bent | *KATOM000135-000137* |
| 23. | 01.23.23 Messages Between Ward and Kinsey-Bent | *KATOM000138-000139* |
| 24. | 01.23.23 Message Between Ward and Kinsey-Bent | KATOM000036 (screenshot) KATOM000165 |
| 25. | 01.23.23 Messages Between Ward and Kinsey-Bent | *KATOM000126-000127* *KATOM000182* *KATOM000246* |
| 26. | 01.23.23 Messages Between Ward and Kinsey-Bent | KATOM000158-000165 |
| 27. | 01.25.23 Messages Between Ward and McQuilkin | *KATOM000501* |
| 28. | 01.26.23 Messages Between Ward and Holbert | *KATOM000073-000077* |
| 29. | 01.26.23 Messages Between Hicks, Rudd, Northern, Dinwiddie, Phillips, Ferguson, Holbert, King, Sizemore, King, Ward, Sansevero | *KATOM000730-000731* *KATOM000859-000864* *KATOM000866-000867* *KATOM000870-000877* *KATOM000879-000881* |
| 30. | Clemmons written account of 01.26.23 Conversation + Circumstances Between Ward and Bible | KATOM000013 |
| 31. | 01.26.23 Messages Between Ward and Kinsey-Bent | *KATOM000672-000674* |

---

[1] Defendant used the same Bates identifier (KATOM000X) for both Plaintiff Kinsey-Bent and Plaintiff Ward. Bates stamped items from Plaintiff Ward's discovery are noted in italics.

| | | |
|---|---|---|
| 32. | 01.26.23 Messages Between Ward and Kinsey-Bent | *KATOM000070-000072* |
| 33. | 01.26.23 Messages Between Ward and Kinsey-Bent | *KATOM000905-000912* |
| 34. | 01.26.23 Messages Between Ward and Kinsey-Bent | *KATOM000894-000895* *KATOM000920* |
| 35. | 01.27.23 Messages Between Cronin and Ward | *KATOM000078-000079* |
| 36. | 01.27.23 Messages Between Ward and Kinsey-Bent | *KATOM000928* |
| 37. | 01.27.23 Messages Between Ward and Kinsey-Bent | *KATOM000953* *KATOM000959* |
| 38. | 01.27.23 Message Between Ward and Clemmons | *KATOM004011* |
| 39. | 01.30.23 Messages Between Ward and Holbert | *KATOM001068-001071* |
| 40. | 02.01.23 Messages Between Ward and Kinsey-Bent | *KATOM001206* *KATOM001273-001274* *KATOM001379-001381* |
| 41. | 02.01.23 Messages Between Ward and Kinsey-Bent | *KATOM001473* |
| 42. | 02.08.23 Messages Between Ward and Phillips | *KATOM002255-002258* *KATOM002260-002261* *KATOM003388-003394* |
| 43. | 02.08.23 Message Between Ward and Kinsey-Bent | *KATOM002585* |
| 44. | 02.09.23 Messages Between Ward and Kinsey-Bent | *KATOM002902* |
| 45. | 02.10.23 Messages Between Ward and Kinsey-Bent | *KATOM003105* |
| 46. | 02.10.23-02.13.23 Messages Between Ward and Lakins | *KATOM003316-3319* *KATOM003339* |
| 47. | 02.14.23 Messages Between Ward and McQuilkin | *KATOM003424-003428* *KATOM 003433-003439* *KATOM 003558-003562* |
| 48. | 02.16.23 Messages to Lane (Screenshot) | Ward Dep. Ex. 31 |
| 49. | 02.26.23 Messages to Robby (Screenshot) | Kinsey-Bent Dep. Ex. 19 |
| 50. | Text Messages between Cassie and Kinsey-Bent | Kinsey-Bent Dep. Ex. 22 |
| 51. | Voice Recording | Ward Dep. Ex. 25 |
| 52. | Exhibits disclosed by Defendant before trial or introduced by Defendant during trial | |
| 53. | Any document introduced by Defendant or identified in Defendant's Rule 26(a)(3) disclosures | |
| 54. | Any exhibit introduced at the deposition of Jack Ward | |

3

| | | |
|---|---|---|
| 55. | Any exhibit introduced at the deposition of Van Kinsey-Bent | |
| 56. | Any exhibit introduced during KaTom's 30(b)(6) deposition. | |
| 57. | Any documents necessary for rebuttal | |
| 58. | Any document produced by any party in this case for impeachment purposes | |
| 59. | Additional Teams Messages produced in discovery to provide context as needed | |

**II.     Deposition Designations**

None. All deponents have been identified as possible witnesses at trial. Deposition testimony may be used for impeachment purposes.

Respectfully Submitted,

**THE EMPLOYMENT AND COMMERCE LAW GROUP,**

*/s/ Zachary Walker Brown*
**JONATHAN STREET, BPR NO. 027172**
**ZACHARY W. BROWN, BPR NO. 037509**
1625 Broadway, Suite 601
Nashville, TN  37203
(615) 850-0632
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was served electronically this 20th day of January 2026 to the following:

Allison S. Jackson (BPR #029230)
Penny A. Arning (BPR #017874)
Egerton, McAfee, Armistead & Davis, P.C.
900 S. Gay Street, 14th Floor
Knoxville, TN 37902
(865) 546-0500
ajackson@emlaw.com
parning@emlaw.com
*Attorneys for Defendant*

          */s/ Zachary Walker Brown*
          Zachary Walker Brown